## File Hashes for IP Address 174.57.40.116

**ISP:** Comcast Cable
**Physical Location:** Avenel, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/26/2014 00:02:57 | 3B7985E4C0E48336ACE537ABD205D411E04EB86D | Epic Love |
| 05/17/2014 14:42:23 | 0EA2EC08BA5DB34365E0C698AFAA6EDFC96EC72C | Meet My Lover From Austria |
| 04/28/2014 01:00:42 | 86B87CE9125EF4B558DD04807AAD6ABB526EDA74 | Group Sex |
| 04/24/2014 23:45:54 | 772D124E3881ABF9CB41FBB2DA03712B9A842CE7 | I Want You To Watch Me |
| 04/13/2014 20:10:54 | E05F01EC33A02184F3476341198BBE1750F3A984 | Catching Up |
| 04/08/2014 16:27:31 | 886B333251D5BD5E6179036BB58D1B5D59A33AED | Just the Three of Us |
| 04/08/2014 08:08:30 | B5F7917A01002453F13815D60A7C484BA2414F60 | Insanely Gorgeous |
| 04/07/2014 21:47:51 | 86F1202AA2FC1F69001B36581E213C657A1477E7 | Apartment Number Four |
| 04/07/2014 11:18:28 | 0F1A1A7574309BBAD07F357DCA1ECD9AB6CAA505 | Tarde Espanola |
| 04/07/2014 10:00:19 | 308DBD6D714644BF82F7EE8CD484F31C1BAD9F48 | Circles of Bliss |
| 04/06/2014 15:15:37 | B3B011B61E12EF42283C6D1D24300003A7A42758 | Unforgettable View #1 |
| 04/06/2014 14:51:50 | 38DBF74193D0E9BFB5FFC4EAA51FA3A9C87A28B5 | Warm and Fuzzy |
| 04/06/2014 14:26:21 | 2D58C7A02DE3E5168E85D0BF45A4036C512AAF88 | Black Lingerie Bliss |
| 04/06/2014 14:03:40 | DED0B0060B9C5D1D3A403E407AAD82AF57A830C9 | Morning Tryst |
| 04/06/2014 13:54:30 | E539B58C0992C2D305D533E88F6F15B3E4C543D0 | A Love Story |
| 04/06/2014 11:01:02 | A492542C8C7BA73E499C82927CB9F6ACD9B3FFC5 | So Right Its Wrong |
| 04/06/2014 10:01:11 | 4B5E2ABCC1D87278C65F8C0E824A5E62D288E3C3 | Fantasy Come True |
| 04/06/2014 09:17:15 | 50A70C46395EFAAA795FF5B1542E8BA5BAFAEAEB | Party Boat |
| 04/06/2014 03:56:41 | C36DEC68F30937A6694D89B5361968E22F7E1DC7 | Seeing Double |
| 04/05/2014 14:37:38 | 4F8309110D236F5A477F4FD603D4628D8F7E97D2 | Zeppelin on Fire |
| 04/05/2014 13:40:25 | 18DC1288637E25D7B7C9976734A7CA9C79C6C7C9 | Get Wild at Home |
| 04/05/2014 13:03:44 | 418B5FF0CB1066CFA1E23A06FCD285E12B681F26 | They Only Look Innocent |

EXHIBIT A

CNJ100

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/05/2014 12:47:15 | A280B5E9142B527BF6F248066AF3C21703CC74CC | Three Way is the Best Way |

**Total Statutory Claims Against Defendant: 23**

EXHIBIT A

CNJ100